# EXHIBIT A



## COMMONWEALTH OF VIRGINIA



ARLINGTON CIRCUIT COURT
Civil Division
1425 NORTH COURTHOUSE RD
ARLINGTON VA
(703) 228-7010

MM - #APS - 09976

DATE: 2 13 /2026
TIME: 2:45 ~~A.M.~~ P.M.

Summons

To: TGP COMMUNICATIONS LLC
RA NORTHWEST LLC
7901 4TH ST N
STE 300
ST PTERSBURG FL 33702

Case No. 013CL26000092-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, January 16, 2026

Clerk of Court: PAUL F. FERGUSON

by _____
(CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:

# COMMONWEALTH OF VIRGINIA



ARLINGTON CIRCUIT COURT
Civil Division
1425 NORTH COURTHOUSE RD
ARLINGTON VA
(703) 228-7010

Proof of Service

Virginia:
In the ARLINGTON CIRCUIT COURT

Case number: 013CL26000092-00
Service number: 001
Service filed: January 06, 2026
Judge:

Served by: SPECIAL PROCESS SERVER
Style of case: JAMIE MANNINA vs TGP COMMUNICATIONS LLC
Service on: TGP COMMUNICATIONS LLC          Attorney:
   RA NORTHWEST LLC
   7901 4TH ST N
   STE 300
   ST PTERSBURG FL 33702

Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, January 16, 2026 with a copy of the Complaint filed Tuesday, January 06, 2026 attached.

Hearing date :
Service issued: Friday, January 16, 2026

For Sheriff Use Only

FILED by Arlington County Circuit Court
01/06/2026 04:16:21 PM

VIRGINIA:

IN THE CIRCUIT COURT FOR ARLINGTON COUNTY

| | |
|---|---|
| JAMIE MANNINA, </br></br> Plaintiff, </br></br> v. </br></br> TGP COMMUNICATIONS, LLC, </br></br> r/a NORTHWEST REGISTERED AGENT LLC </br> 7901 4th St N </br> Suite 300 </br> St. Petersburg, Florida 33702 </br></br> Defendant. | Case No. CL25-92 |

## COMPLAINT

COMES NOW the Plaintiff, JAMIE MANNINA ("Mr. Mannina"), by counsel, and moves for judgment against the Defendant, TGP COMMUNICATIONS, LLC ("Defendant"), on the grounds and the amount hereafter set forth:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to Va. Code § 8.01-328.1.

2. Venue is appropriate pursuant to Va. Code § 8.01-262.

### PARTIES

3. Mr. Mannina is an individual and resident of the Commonwealth of Virginia.

4. Defendant is a company registered to do business in the State of Florida. Defendant owns The Gateway Pundit ("The Gateway Pundit"), a self-described "online news publication" whose stated mission is to provide a "counter to the establishment media." Since its founding in 2004, The Gateway Pundit has been sued several times for defamation.

### *Bumble Phishing Scheme*

5.  Bumble is an online dating platform that allows users to "swipe left" and "swipe right" on profiles of potential matches.

6.  Mr. Mannina is single and uses dating applications, including Bumble, to meet others.

7.  On or around October 24, 2021, Mr. Mannina was contacted on Bumble by Anastasia Tysbulya ("Ms. Tsybulya"). Her Bumble profile listed her age as 23 years old and Ms. Tsbulya identified herself as "Claire."

8.  On or around October 25, 2021, Ms. Tsbulya provided a cell phone number. Mr. Mannina sent a message identifying himself and requested to set up a video conversation. Mr. Mannina and Ms. Tsbulya proceeded to engage in text and video conversations. Mr. Mannina also researched Ms. Tsbulya's social media accounts and professional modeling page.

9.  On or around November 6, 2021, Ms. Tsbulya requested that Mr. Mannina meet her at 2700 Sir Michael Place in Lanham, Maryland.

10. As Mr. Mannina and Ms. Tsbulya exchanged text messages relating to the meet up, Ms. Tsbulya sent a message claiming she was 16 years old. Mr. Mannina considered this information inconsistent with her social media profiles, public modeling website, and profile on Bumble. Mr. Mannina resolved to confront Ms. Tsbulya about these inconsistencies upon his arrival in Maryland.

11. After arriving at 2700 Sir Michael Place in Lanham, Maryland and being greeted by Ms. Tsbulya, Mr. Mannina was confronted by Jacob Wohl and Jack Burkman ("Mr. Wohl" and "Mr. Burkman"), who had hidden in a closet and were filming the interaction.

12. Mr. Wohl later posted an edited version of this video to his social media platforms and various websites, including but not limited to Substack, Reddit, YouTube, Twitter, Instagram and Telegram. Mr. Wohl also created and disseminated fliers throughout Washington, D.C. using Mr. Mannina's name and image that falsely identified Mr. Mannina as a pedophile, including at Mr. Mannina's workplace.

13. Through counsel, Mr. Mannina sent Mr. Wohl a cease-and-desist letter and filed suit against Mr. Wohl for defamation.

14. Mr. Wohl was found to have "acted with reckless disregard to the truth with intent to damage the reputation" of Mr. Mannina on February 26, 2022. By court order, Mr. Wohl was ordered to eliminate all illegally obtained media recordings of Mr. Mannina and prohibited from harassing Mr. Mannina.

### *Defendant Defames Mr. Mannina*

15. Beginning on or about January 15, 2025, Defendant made numerous false and defamatory statements claiming that Mr. Mannina was associated or actively involved in engaging in sexual acts with minors.

16. In a since-deleted postdated January 15, 2025 authored by Brian Lupo, Defendant linked to the defamatory videos posted by Mr. Wohl and falsely claimed that Mr. Mannina arrived "at a house where he believed a 15 year-old girl was going to engage in sexual acts with him."

17. In another postdated January 15, 2025 authored by Jordan Conradson, Defendant repeated the false and defamatory statement. Specifically, Defendant stated that Mr. Mannina arrived "at a house where he believed a 15-year-old girl was going to engage in sexual acts with him."

18. All of Defendant's statements, including but not limited to Defendant's repeated claims that Mr. Mannina intended to engage in sexual acts with a minor, are all false.

19. Defendant's statements were shared widely, with hundreds of individuals engaging with and amplifying the defamatory content on Defendant's website and on social media.

20. Defendant's false and defamatory statements were published with actual malice, as Defendants knew the statements were false or acted with reckless disregard for the truth.

21. As a direct and proximate result of Defendants' defamatory statements, Mr. Mannina has suffered:

    a. Severe emotional distress, humiliation, and depression requiring daily medication and therapy;

    b. Damage to his personal and professional reputation, including more than six months of unemployment and difficulty securing a security clearance;

    c. Financial losses due to impaired relationships and lost opportunities.

## COUNT I: DEFAMATION *PER SE*

22. Mr. Mannina incorporates all prior allegations.

23. Defendant's statements constitute defamation per se, as they accuse Mr. Mannina of serious criminal conduct, including but not limited to sexual relationships with minors and, and conduct that would subject him to public contempt, ridicule, and disgrace.

24. Defendant's statements were published to third parties with the intent to harm Mr. Mannina's professional reputation and standing in the community.

25. Defendant acted with actual malice in publishing these false statements, knowing they were false and acting with reckless disregard for the truth.

WHEREFORE, Mr. Mannina prays for judgment against Defendant as more fully set forth below.

**WHEREFORE, the Plaintiff JAMIE MANNINA, respectfully requests that this Court:**

1. A judgement against Defendants in the amount of $500,000 for compensatory damages;

2. Punitive damages in the amount of $350,000 to punish and deter Defendant's conduct;

3. An Order requiring Defendant to remove all defamatory statements about Mr. Mannina from its website and any and all social media accounts and to refrain from making similar statements in the future;

4. An award for Mr. Mannina's litigation costs;

5. Interest at the judgement rate of 6%; and

6. Any other relief the Court deems just and proper.

**TRIAL BY JURY IS REQUESTED.**

JAMIE MANNINA
By Counsel

SUROVELL ISAACS & LEVY PLC

By: _____
Jason F. Zellman, Esquire, VSB #77499
4010 University Drive, Second Floor
Fairfax, Virginia 22030
Telephone: 703.277.9704
Facsimile: 703.591.9285
Email: JZellman@SurovellFirm.com
*Counsel for Mr. Mannina*

FILED by Arlington County Circuit Court
01/06/2026 04:16:18 PM

**ONS**

Case No. ..................................................
(CLERK'S OFFICE USE ONLY)

COMMONWEALTH OF VIRGINIA

.......... Arlington County .......... Circuit Court

JAMIE MANNINA          v./In re:          TGP COMMUNICATIONS, LLC
PLAINTIFF(S)                              DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [X] attorney for [X] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

**GENERAL CIVIL**
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Counterclaim
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court
**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment
**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
   [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights
**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

**ADMINISTRATIVE LAW**
[ ] Appeal/Judicial Review of Decision of (select one)
   [ ] ABC Board
   [ ] Board of Zoning
   [ ] Compensation Board
   [ ] DMV License Suspension
   [ ] Employee Grievance Decision
   [ ] Employment Commission
   [ ] Local Government
   [ ] Marine Resources Commission
   [ ] School Board
   [ ] Voter Registration
   [ ] Other Administrative Appeal

**DOMESTIC/FAMILY**
[ ] Adoption
   [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
   [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
   [ ] Complaint – Contested*
   [ ] Complaint – Uncontested*
   [ ] Counterclaim/Responsive Pleading
   [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
   [ ] Separate Maintenance Counterclaim

**WRITS**
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

**PROBATE/WILLS AND TRUSTS**
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
   [ ] Guardian/Conservator
   [ ] Standby Guardian/Conservator
   [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
   [ ] Impress/Declare/Create
   [ ] Reformation
[ ] Will (select one)
   [ ] Construe
   [ ] Contested

**MISCELLANEOUS**
[ ] Amend Birth/Death Certificate
[ ] Appointment (select one)
   [ ] Church Trustee
   [ ] Conservator of Peace
   [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
   [ ] Reinstatement pursuant to § 46.2-427
   [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
   [ ] Correct Erroneous State/Local
   [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[X] Other (please specify)
   Defamation

[X] Damages in the amount of $ 500,000.00 are claimed.

1/6/2026
DATE

[ ] PLAINTIFF   [ ] DEFENDANT   [X] ATTORNEY FOR   [X] PLAINTIFF [ ] DEFENDANT

Jason F. Zellman (VSB #77499)
PRINT NAME

4010 University Drive, 2nd Floor, Fairfax, VA 22030
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

703.277.9704

JZellman@surovellfirm.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 02/23

## Civil Action Type Codes
### (Clerk's Office Use Only)

| | |
|---|---|
| Accounting | ACCT |
| Adoption | ADOP |
| Adoption – Foreign | FORA |
| Adult Protection | PROT |
| Aid and Guidance | AID |
| Amend Birth/Death Certificate | AVR |
| Annexation | ANEX |
| Annulment | ANUL |
| Annulment – Counterclaim/Responsive Pleading | ACRP |

Appeal/Judicial Review
| | |
|---|---|
|     ABC Board | ABC |
|     Board of Zoning | ZONE |
|     Compensation Board | ACOM |
|     DMV License Suspension | JR |
|     Employment Commission | EMP |
|     Employment Grievance Decision | GRV |
|     Local Government | GOVT |
|     Marine Resources | MAR |
|     School Board | JR |
|     Voter Registration | AVOT |
|     Other Administrative Appeal | AAPL |

Appointment
| | |
|---|---|
|     Conservator of Peace | COP |
|     Church Trustee | AOCT |
|     Custodian/Successor Custodian (UTMA) | UTMA |
|     Guardian/Conservator | APPT |
|     Marriage Celebrant | ROMC |
| Approval of Transfer of Structured Settlement | SS |
| Asbestos Litigation | AL |
| Attachment | ATT |
| Bond Forfeiture Appeal | BFA |
| Child Abuse and Neglect – Unfounded Complaint | CAN |
| Civil Contempt | CCON |
| Claim Impleading Third Party Defendant – Monetary Damages/No Monetary Damages | CTP |
| Complaint – (Miscellaneous) | COM |
| Compromise Settlement | COMP |
| Condemnation | COND |
| Confessed Judgment | CJ |
| Contract Action | CNTR |
| Contract Specific Performance | PERF |
| Counterclaim – Monetary Damages/No Monetary Damages | CC |
| Cross Claim | CROS |
| Declaratory Judgment | DECL |
| Declare Death | DDTH |
| Detinue | DET |

Divorce
| | |
|---|---|
|     Complaint – Contested/Uncontested | DIV |
|     Counterclaim/Responsive Pleading | DCRP |
|     Reinstatement – Custody/Visitation/Support/Equitable Distribution | CVS |

Driving Privileges
| | |
|---|---|
|     Reinstatement pursuant to § 46.2-427 | DRIV |
|     Restoration – 3rd Offense | REST |

| | |
|---|---|
| Ejectment | EJET |
| Encumber/Sell Real Estate | RE |
| Enforce Vendor's Lien | VEND |
| Escheatment | ESC |
| Establish Boundaries | ESTB |
| Expungement | XPUN |
| Forfeiture of Property or Money | FORF |
| Freedom of Information | FOI |
| Garnishment | GARN |
| Injunction | INJ |
| Intentional Tort | ITOR |
| Interdiction | INTD |
| Interpleader | INTP |
| Interrogatory | INTR |
| Judgment Lien – Bill to Enforce | LIEN |
| Landlord/Tenant | LT |
| Law Enforcement/Public Official Petition | LEP |
| Mechanics Lien | MECH |
| Medical Malpractice | MED |
| Motor Vehicle Tort | MV |
| Name Change | NC |
| Other General Tort Liability | GTOR |
| Partition | PART |
| Permit, Unconstitutional Grant/Denial by Locality | LUC |
| Petition – (Miscellaneous) | PET |
| Product Liability | PROD |
| Quiet Title | QT |
| Referendum Elections | ELEC |
| Reinstatement (Other than divorce or driving privileges) | REIN |
| Removal of Case to Federal Court | REM |
| Restore Firearms Rights – Felony | RFRF |
| Restore Firearms Rights – Review | RFRR |
| Separate Maintenance | SEP |
| Separate Maintenance – Counterclaim/Responsive Pleading | SCRP |
| Sever Order | SEVR |
| Sex Change | COS |

Taxes
| | |
|---|---|
|     Correct Erroneous State/Local | CTAX |
|     Delinquent | DTAX |
| Termination of Mineral Rights | MIN |
| Trust – Impress/Declare/Create | TRST |
| Trust – Reformation | REFT |
| Uniform Foreign Country Money Judgments | RFCJ |
| Unlawful Detainer | UD |
| Vehicle Confiscation | VEH |
| Violation – Election Law | VEL |
| Voting Rights – Restoration | VOTE |
| Will Construction | CNST |
| Will Contested | WILL |

Writs
| | |
|---|---|
|     Certiorari | WC |
|     Habeas Corpus | WHC |
|     Mandamus | WM |
|     Prohibition | WP |
|     Quo Warranto | WQW |
| Wrongful Death | WD |

FORM CC-1416 (MASTER) PAGE TWO 01/24

FILED by Arlington County Circuit Court
01/15/2026



**SUROVELL ISAACS & LEVY** PLC

*Attorneys & Counselors at Law*

WRITER'S DIRECT DIAL: 703.277.9704
WRITER'S EMAIL: JZellman@surovellfirm.com

Scott A. Surovell*
Jason F. Zellman*
Stephen P. Pierce
Nathan D. Rozsa
William B. Lowrance
Corinne M. Bahner*

Of Counsel
Robert J. Surovell
David M. Levy

Retired
Dorothy M. Isaacs

* Also Admitted in DC

January 9, 2026

**RECEIVED**
JAN 1 5 2026
PAUL FERGUSON, Clerk
Circuit Court Arlington County, VA
by _____ Deputy Clerk

*by first class mail*

Hon. Paul F. Ferguson
Circuit Court of Arlington County
1425 North Courthouse Road
Arlington, Virginia 22201



CL26000092-00
GTOR
REQ

Re:   *Jamie Mannina v. TGP Communications, LLC // CL26000092-00*

Dear Mr. Ferguson:

    Enclosed please a date-stamped copy of a Complaint which was filed in the above-referenced matter on January 6, 2026. I ask that you please prepare Summons' for service upon the Defendant:

**TGP COMMUNICATIONS, LLC**
**SERVE: Northwest Registered Agent LLC**
**7901 4th St N**
**Suite 300**
**St. Petersburg, Florida 33702**

    Once the summons has been prepared, please mail it to my office using the prepaid self-addressed envelope provided.

    Thank you for your attention in this matter. Should you have any questions or need additional information, please do not hesitate to give me a call.

Very truly yours,

Jason F. Zellman

4010 University Drive, Second Floor, Fairfax, Virginia 22030 | P: 703.251.5400 | F: 703.591.2149 | www.SurovellFirm.com

CL26000092-00

FILED by Arlington County Circuit Court
02/04/2026 12:32:52 PM

## AFFIDAVIT OF SERVICE

**State of Virginia**  **County of Arlington**  **Court Court**

Case Number: 013CL26000092-00

APD2026000210

Plaintiff(s):
**JAMIE MANNINA**

vs.

Defendant(s):
**TGP COMMUNICATIONS LLC**

For:
JASON F. ZELLMAN, ESQ.
4010 University Drive, 2nd Floor
Fairfax, VA 22030

Received by Applied Process Professionals on the 29th day of January, 2026 at 2:08 pm to be served on **TGP COMMUNICATIONS LLC, R/A NORTHWEST LLC, 7901 4TH ST N STE 300, ST PETERSBURG, FL 33702**.

I, Mark Maraventano, being duly sworn, depose and say that on the **2nd day of February, 2026** at **2:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **KOREY FRANK** as **MANAGER OF NORTHWEST LLC** for **TGP COMMUNICATIONS LLC,**, at the address of: **7901 4TH ST N, STE. 300, ST. PETERSBURG, FL 33702**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Pursuant to F. S. 92.525, under penalties of perjury, I declare that I have read the forgoing document and that the facts stated are true.

Subscribed and Sworn to before me on the 2nd day of February 26 by the affiant who is personally known to me.

NOTARY PUBLIC

JO ANN COOK
Notary Public - State of Florida
Commission # HH 668995
My Comm. Expires Apr 24, 2029
Bonded through National Notary Assn.

**Mark Maraventano**
Process Server # APS 09976

**Applied Process Professionals**
11454 131st Avenue N.
Largo, FL 33778
(727) 481-1078

Our Job Serial Number: APD-2026000210
Ref: CL26000092-00

FILED by Arlington County Circuit Court
02/20/2026

RECEIVED

**VIRGINIA:**

2026 FEB 20  AM 10: 25

PAUL FERGUSON, CLERK
ARLINGTON CIRCUIT COURT

IN THE CIRCUIT COURT OF ARLINGTON COUNTY

| | |
|---|---|
| JAMIE MANNINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. CL26000092-00 |
| ) | |
| TGP COMMUNICATIONS, LLC, ) | CL26000092-00 |
| ) | GTOR |
| Defendant. ) | MOT |

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

COMES NOW the defendant, TGP Communications, LLC ("TGP"), by counsel appearing specially and for the limited purpose of challenging personal jurisdiction, and moves this Court to dismiss this action for lack of personal jurisdiction over TGP.

TGP is a non-resident of Virginia, and there is no basis for asserting personal jurisdiction over TGP in this action pursuant to Va. Code § 8.01-328.1 or otherwise. The plaintiff does not allege, nor can the plaintiff allege, that the cause of action alleged in the complaint, if any, arises out of TGP's transaction of business in Virginia; TGP's contracting to supply services or things in Virginia; or any other basis for asserting personal jurisdiction over TGP. In addition, the plaintiff does not allege, nor can the plaintiff allege, that TGP regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered, in Virginia. And any assertion of personal jurisdiction over TGP in this action would, in any event, violate TGP's rights under the Due Process Clause of the United States Constitution.

For these reasons, as will be more fully set forth in a memorandum pursuant to Rule 4:15 and affidavit in support, TGP requests that this action be dismissed against it for lack of personal jurisdiction.

Respectfully submitted,

/s/ Timothy B. Hyland

Timothy B. Hyland (VSB No. 31163)
HYLAND LAW PLLC
11710 Plaza America Drive, Suite 160
Reston, VA   20190
(703) 552-4733 (Tel.)
(703) 935-0349 (Fax)
thyland@hylandpllc.com

*Counsel for TGP Communications, LLC*
*Appearing specially and for the limited*
*purpose of challenging personal jurisdiction*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing will be mailed, first class mail, postage prepaid, the 20th day of February, 2026, to:

>Jason F. Zellman, Esquire
>SUROVELL ISAACS & LEVY PLC
>4010 University Drive, 2nd Floor
>Fairfax, VA   22030

/s/ Timothy B. Hyland

2

FILED by Arlington County Circuit Court
02/20/2026

# HYLAND LAW PLLC

ATTORNEYS AT LAW
11710 PLAZA AMERICA DRIVE, SUITE 160
RESTON, VIRGINIA 20190-4756
(703) 552-4733
FAX (703) 935-0349
hylandpllc.com

RECEIVED

2026 FEB 20 AM 10: 25

PAUL FERGUSON, CLERK
ARLINGTON CIRCUIT COURT

TIMOTHY B. HYLAND*
JAMIE M. HERTZ^
MICHAEL E. GELTNER, OF COUNSEL §
MICHAEL J. BRAMNICK, OF COUNSEL+
JOSEPH M. CREED, OF COUNSEL ˣ
EILEEN M. O'BRIEN, OF COUNSEL #

February 19, 2026

*ADMITTED IN VA, DC, MD, NY AND WV
^ADMITTED IN VA, DC, MD AND FL
# ADMITTED IN MD, DC AND NY
+ADMITTED IN VA, DC AND MD
§ ADMITTED IN VA AND NY
ˣ ADMITTED IN MD AND DC



CL26000092-00
GTOR
LETTER

**By FedEx**

Office of the Clerk
Civil Division
Circuit Court of Arlington County
1425 North Courthouse Road, Suite 6700
Arlington, VA 22201

Re: <u>Jamie Mannina v. TGP Communications, LLC</u>
Civil Action No. CL26000092-00

Dear Sir or Madam:

I have enclosed an original and copy of a Motion to Dismiss for Lack of Personal Jurisdiction.

Please stamp the copy with the date and time received and return it to me in the enclosed self-addressed, stamped envelope.

Thank you.

Sincerely,

Timothy B. Hyland

Enclosures

cc: Jonathon Burns, Esquire (by email)